## Turkovich, Appellant, *v.* Turkovich.

Argued March 18, 1968. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Reginald L. Pawlowski,* for appellant.

*Edward J. Harkins,* for appellee.

OPINION PER CURIAM, April 16, 1968:
Decree affirmed; at appellant's costs.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.